IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DONNA F. EVINS                                                            PLAINTIFF

vs.                        CASE NO. **3:06CV00005GH**

HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY                                             DEFENDANT

## **ORDER**

The parties have advised the Court that this case has settled. Accordingly, the complaint is hereby dismissed with prejudice.

IT IS SO ORDERED this 19th day of July, 2006.

*George Howard Jr*
_____
UNITED STATES DISTRICT JUDGE

-1-